STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Social Positioning Input Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BOOMR, INC.,**<br><br>**Defendant.** | **CASE NO.** '21CV1221 LAB MSB<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this Complaint against Boomr, Inc. ("Defendant" or "Boomr") for infringement of United States Patent No. 9,261,365 (hereinafter "the '365 Patent").

## PARTIES AND JURISDICTION

1.     This is an action for patent infringement under Title 35 of the United States Code.  Plaintiff is seeking injunctive relief as well as damages.

2.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.     Plaintiff is a Texas limited liability company with a virtual office located at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4.     On information and belief, Defendant is a California corporation with its principal office located at 550 West B. Street, 4th Floor, San Diego, CA 92101.  On information and belief, Defendant may be served through its agent, Timothy Suski, at the same address.

5.     On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.     On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7.     On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I

## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,261,365)

8.     Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.     This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq.*

10.     Plaintiff is the owner by assignment of the '365 Patent with sole rights to enforce the '365 Patent and sue infringers.

11.     A copy of the '365 Patent, titled "Device, System and Method for Remotely Entering, Storing and Sharing Addresses for a Positional Information Device," is attached hereto as Exhibit A.

12.     The '365 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13.     Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '365 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and software for asset locating services (e.g., Boomr asset tracking platform, and any associated hardware, apps, or other software) ("Product") covered by at least Claim 1 of the '365 Patent. Defendant has infringed and continues to infringe the '365 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14.     The Product provides an asset tracking system for real-time GPS tracking of assets. A user can receive location information on a positional information device (e.g., mobile device or computer). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

**The Best Employee Location Tracking Software for Businesses of All Sizes**

Get our best-in-class employee location tracking app free for 30-days today

Source: https://www.boomr.com/employee-location-tracking

Cloud-based Mobility - Our GPS features inform you when mobile employees arrive at a work location, total hours tracked by the timer, and time spent between jobs.

Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy




Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy
Source: https://www.boomr.com/employee-location-tracking

15.     The Product software sends a request from a first (requesting) positional information device (e.g., mobile device or desktop with software installed) to a server. The request is for the real-time location (e.g., stored address) of an asset, and includes a first identifier of the requesting positional information device (e.g., user ID and password for the Product software used in the particular enterprise).  The request is sent to the Product server for transmitting the vehicle location. The server receives the at least one address from a second (sending) positional information device at the asset.  Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy
Source: https://www.boomr.com/employee-location-tracking



Source: https://www.boomr.com/employee-location-tracking

Source: https://www.youtube.com/watch?v=35rfwJDlN2M

1
2
3
4
5

> Your employer has activated our geo-fence feature. This means you need to be
> within a specified radius of your work location before you'll be able to check in for
> work. If you feel you're already at the correct location, you can try to force an update
> of your location by opening your favorite maps app (Google Maps or Apple Maps).
> This will provide your device with the most recent update of your location. You can
> then return to the Boomr app and try again to check in.

Source: https://support.boomr.com/en/articles/3472634-important-faqs-for-employees

6
7
8

> Cloud-based Mobility - Our GPS features inform you when mobile employees arrive at a work location,
> total hours tracked by the timer, and time spent between jobs.

9
10
11
12
13
14

**Boomr - Timesheets and Employee Time Tracking**
Boomr

Showing permissions for all versions of this app

This app has access to:

📍 Location
- approximate location (network-based)
- precise location (GPS and network-based)

Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy

15
16
17
18
19
20
21
22
23
24
25
26
27
28



How easy is your employee location tracking software to use for non-tech savvy people?

We made Boomr's time tracking software and mobile time tracking apps to be incredibly easy to use for anyone, no matter how tech-savvy they are. You can easily start tracking your employees work hours online and/or via our mobile time clock apps within 5 minutes from just a few clicks. We designed Boomr to be simple to use and to make time tracking, timesheets, and payroll easy for all involved at your company.

Source: https://www.boomr.com/employee-location-tracking

⸌Boomr

✉ Email

🔒 Password                                    Help?

SIGN IN

Source: https://app.boomr.com/sign_in

16.     The at least one address is received from the server at the requesting positional information device.   For example the Product's server transmits the position of an asset (at least one address) to the requesting positional information device.   Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=35rfwJDlN2M

Cloud-based Mobility - Our GPS features inform you when mobile employees arrive at a work location, total hours tracked by the timer, and time spent between jobs.

Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy



Source: https://www.boomr.com/employee-location-tracking

Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy
Source: https://www.boomr.com/employee-location-tracking

17. A second identifier for the second (sending) positional information device is determined based on the first identifier and the server retrieves the at least one address stored in the at least one sending positional information device. The Product application installed on the requesting positional information device requests (from the server) the asset's GPS location (i.e., at least one stored address stored). As shown above, before activating the tracker (i.e., the sending positional information device), a unique tracking device's ID number or credentials (i.e., second identifier) needs to be added to the user's account identified by the user login ID and password (i.e., the first identifier). Hence, the tracker device's ID number or field employee credentials (i.e., second identifier) is mapped to the user's login ID (i.e., the first identifier) for tracking the real-time location (i.e., at least one stored address stored) of the vehicle. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

 

Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy
Source: https://www.boomr.com/employee-location-tracking

# The Best Employee Location Tracking Software for Businesses of All Sizes

Get our best-in-class employee location tracking app free for 30-days today

Source: https://www.boomr.com/employee-location-tracking

Cloud-based Mobility - Our GPS features inform you when mobile employees arrive at a work location, total hours tracked by the timer, and time spent between jobs.

Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy

Download one of our employee location tracking apps for free below

Download on Google play    Download on the App Store

Source: https://www.boomr.com/employee-location-tracking

## Boomr - Timesheets and Employee Time Tracking

Boomr

Showing permissions for all versions of this app

This app has access to:

**Location**
- approximate location (network-based)
- precise location (GPS and network-based)

Source: https://play.google.com/store/apps/details?id=com.boomr.mobile.alloy

**How much training is required to start using your employee location tracking software?**

In under 10 minutes, you can have your management team and employees setup and using Boomr. Your customer experience rep can assist you with custom onboarding and configuration to ensure you are setup for success. If you want to take it a step further, we can also provide webinars to help train your team as well.

Source: https://www.boomr.com/employee-location-tracking

COMPLAINT



> How easy is your employee location tracking software to use for non-tech savvy people?
>
> We made Boomr's time tracking software and mobile time tracking apps to be incredibly easy to use for anyone, no matter how tech-savvy they are. You can easily start tracking your employees work hours online and/or via our mobile time clock apps within 5 minutes from just a few clicks. We designed Boomr to be simple to use and to make time tracking, timesheets, and payroll easy for all involved at your company.

Source: https://www.boomr.com/employee-location-tracking

Source: https://app.boomr.com/sign_in

18.     Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

19.     Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

20.     Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No.

9,261,365 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c)    Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)    Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)    Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: July 5, 2021                    Respectfully submitted,

                                       */s/ Stephen M. Lobbin*
                                       ***Attorney(s) for Plaintiff***