STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BOOMR, INC.,<br><br>    Defendant. | CASE NO.: 3:21-cv-01221-GPC-MSB<br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."), Plaintiff Social Positioning Input Systems, LLC and Defendant Boomr, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

    1.    All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

    2.    Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby; and

3. This Stipulation and Order shall finally resolve the Action between the parties.

Dated: November 6, 2021     Respectfully submitted,

/s/ *Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

**Attorney(s) for Plaintiff Social Positioning Input Systems, LLC**


/s/ *Phillip D. Dracht*
Phillip D. Dracht (219044)
*(pdracht@fabianvancott.com)*
 Scott M. Lilja (Admitted PHV)
*(slilja@fabianvancott.com)*
Nicole M. Deforge (Admitted PHV)
*(ndeforge@fabianvancott.com*
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

**Attorneys for Defendant and Counterclaim Plaintiff Boomr, Inc.**