# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BOOMR, INC.,<br><br>　　　Defendant. | CASE NO. 3:21-cv-01221-GPC-MSB<br><br>ORDER OF DISMISSAL |

Following Plaintiff's Stipulation of Voluntary Dismissal (ECF No. 22) and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated: November 15, 2021

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge